IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | CASE NO. CIV.S. 03-1974 KJM |
| Plaintiff(s), | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| READING THEATERS, INC., a Delaware corporation, dba TOWER THEATER, et al., | |
| Defendant(s). | |

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

The action, Case Number CIV-S-03-1974 KJM, is dismissed with prejudice with each party to bear his, her, or its own attorney fees and costs.

Dated: May 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE